## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

C.A.M., Respondent

v.

T.W.M., Petitioner

No. 364 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

BIG & LITTLE OIL, LLC; Bivins Ryan Investments, LLC; Blue Sphinx Management Ltd; Bryan Wood; BTBA, LLC; Carolyn Bivins 1952 Trust #4; CO–PA, LLC; Cornelia Wadsworth Ritchie Trust No. Four; Cusolito Pultorak, LLC; Darrell F. and Suzanne H. Abel; Edwin Shelton Properties, LLC; Eva Drobezko; FB. Lamar, LP; FB Rohanna, LP; FHMW, LLP; Fine Bunch, LLC; Galbraith Greene, LLP; Galbraith Lamar, LLP; Galbraith Rohanna, LLP; Galbraith Rohanna 2 LLP; George W. Zundell; Hook Greene County, LLP; Hook Lamar, LLP; Hook Lamar 2, LLP; Hook Rohanna 1, LLP; Hook Rohanna 2 LLP; Hook Rohanna 3H LLP; Jabst Investments, LLC; John & Kathy McNay; Juskowich Pultorak 1H & 2H, LLP; Juskowich Rohanna 2H, LLP; Keener Oil & Gas, LLP; Living Good, LLC; LNR Interests, LP; Mark Ernest Bivins Trust; Mark E. Fox, Executor of the Estate of J.K. Willison, Deceased; Mendicino Ventures, Inc.; MG Big Green Ventures, LLC; Mountaintop Investors 2010–1, LLC; Mountaintop Investors 2010–2, LLC; Mountaintop Investors L2–H, LLC; Mountaintop Investors R–2H, LLC; Mountaintop Investors PT LLC; Rohanna Iron & Metal, Inc.; Silver Fox Farm, LLC; Thomas Peyton Bivins Trust; Thomas E. & Bertha M. Scherich; Thomas M. Colella Revocable Trust; Tres Nguyen, LLC; Willison Fox, LLP; and 1952 Elder Bivins Children's Exempt Trust, Petitioners

v.

TANGLEWOOD EXPLORATION, LLC and Vantage Energy Appalachia, LLC, Respondents

No. 328 WAL 2016

Supreme Court of Pennsylvania.

February 22, 2017